IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICKY MANKINI,** | No. 2:16-CV-2871 JAM EFB (HC) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **PAT L. VAZQUEZ,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until March 12, 2017, to file his answer the application for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within thirty (30) days of the date the answer is filed.

**IT IS SO ORDERED**

Dated: February 13, 2017.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order - *Mankini v. Vasquez* – 2: 16-cv-2871 JAM EFB (HC)